IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

PAM BELL,

    Plaintiff,

v.                          Case No.: 3:22-cv-00116

HARPETH FINANCIAL SERVICES, LLC,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, PAM BELL, and Defendant, HARPETH FINANCIAL SERVICES, LLC, hereby give notice that the parties have reached a tentative settlement, subject to approval of the settlement documents and final terms. Upon executing approved settlement documents, the parties will file the necessary paperwork to dismiss the case with prejudice.

Respectfully submitted this 15th day of August, 2022.

                                           RESPECTFULLY SUBMITTED;

                                           */s/Rebecca J. Hutto*
                                           REBECCA J. HUTTO #39252
                                           Attorney for Plaintiff
                                           208 Adams Avenue
                                           Memphis, Tennessee 38103
                                           (901) 523-1844 – phone
                                           (901) 523-1857 – fax
                                           rebecca@wcwslaw.com