IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

PAM BELL,

    Plaintiff,

v.                                                      Case No.: 3:22-cv-00116

HARPETH FINANCIAL SERVICES LLC,

    Defendant.

## STIPULATION OF DISMISSAL

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 15th day of September, 2022.

                                                  RESPECTFULLY SUBMITTED;

                                                  */s/ Rebecca J. Hutto*
                                                  REBECCA J. HUTTO #39252
                                                  Attorney for Plaintiff
                                                  208 Adams Avenue
                                                  Memphis, Tennessee 38103
                                                  (901) 523-1844 – phone
                                                  (901) 523-1857 – fax
                                                  rebecca@wcwslaw.com

                                                  */s/ Courtney Leyes*

Courtney Leyes
Fisher & Phillips, LLP (Memphis)
1715 Aaron Brenner Drive
Suite 312
Memphis, TN 38120
901-526-0431
Fax: 901-526-8183
Email: cleyes@fisherphillips.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of September, 2022, the foregoing document is being served this day on the individuals identified on the Service List via transmission of electronic mail.

*/s/ Rebecca J. Hutto*